UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21376-CIV-GRAHAM

LILLIE MAE WYNN-TOBLER,
et al.,

    Plaintiffs,

v.

ACTION FINANCIAL MORTGAGE
CORPORATION, et al.,

    Defendants.
_____/

## CERTIFICATION OF TRANSFER TO MAGISTRATE JUDGE

This matter comes before the undersigned pursuant to Administrative Order 2008-09, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no fully briefed referred pending motions and is therefore, ready to be transferred to United States Magistrate Judge Torres.

DONE AND ORDERED at Miami, Florida, this **23rd** day of October, 2008.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Graham
U.S. Magistrate Judge Torres